OPINION # *O - 169* IS A CONFERENCE OPINION

AND IS NOT ACCESSIBLE THROUGH THE ARCHIVES AND RECORDS

OFFICE.